IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| VERYL JEFFERSON,<br><br>                Plaintiff,<br><br>v.<br><br>3'S LOUNGE & PACKAGE, INC., RICHARD WALKER, AND DOES 1-5, Inclusive;<br><br>                Defendants. | **8:16CV38**<br><br>**ORDER OF DISMISSAL** |

      Before the court is the Findings and Recommendation of United States Magistrate Judge Thomas D. Thalken, Filing No. 19, recommending that this court dismiss this case due to plaintiff's failure to proceed against the defendant, Richard Walker, by service of the summons or any other action. The plaintiff has failed to prosecute this matter, Filing No. 19 and failed to respond to the show cause order, Filing No. 11 as to defendant, Richard Walker.

      No objection has been filed to the Findings and Recommendation. Pursuant to NECivR 41.2, the court has conducted a de novo review of the record and adopts the Findings and Recommendation in its entirety.

      THEREFORE, IT IS HEREBY ORDERED that:

      1.     The findings and recommendation, Filing No. 19, is adopted in its entirety;

      2.     The complaint is dismissed, without prejudice, for plaintiff's failure to prosecute as to defendant, Richard Walker.

      Dated this 7th day of July, 2016.

                                                  BY THE COURT:

                                                  s/ Joseph F. Bataillon
                                                  Senior United States District Judge