## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| VERYL JEFFERSON,<br><br>    Plaintiff,<br><br>v.<br><br>3'S LOUNGE & PACKAGE INC.;<br>RICHARD WALKER; AND DOES 1-5,<br><br>    Defendant. | CASE NO. 8:16CV38<br><br>**JOINT STIPULATED DISMISSAL** |

This matter is before the Court on the parties' Joint Stipulation for Dismissal with Prejudice, Filing No. 29. The court finds that the parties' joint stipulation should be granted pursuant to Fed. R. Civ. P. 41(a).

IT IS ORDERED that the parties' Joint Stipulation for Dismissal with Prejudice, Filing No. 29, is granted, and this action is dismissed with prejudice, each party to pay his/her/its own cost.

Dated this 21st day of December, 2016.

                                    BY THE COURT:


                                    s/ Joseph F. Bataillon
                                    Senior United States District Judge


DOCS/1795507.1